**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| OBADA MZAIK, |
| *Plaintiff*, |
| v. |
| SYRIAN ARAB REPUBLIC, |
| *Defendant*. |

Civil Action No. 22-00042 (ACR)

**MOTION FOR CONTINUANCE**

Plaintiff respectfully moves this Court to reschedule the upcoming hearing currently set for July 28, 2025 at 2:00 p.m., to a later date, to enable Plaintiff's witnesses to participate in the hearing.  In support of this Motion, Plaintiff states as follows:

1. On June 11, 2025, the Court ordered Plaintiff's counsel to contact the Courtroom Deputy to schedule a motions hearing in July 2025.  ECF No. 64.

2. On June 27, 2025, having considered the availability of Plaintiff's counsel, the Court scheduled the motions hearing for July 28, 2025 at 2:00 p.m.  ECF No. 65.

3. On July 2, 2025, the Court informed Plaintiff's counsel by email that the Court intends to treat the July 28, 2025 motions hearing as an evidentiary hearing for Plaintiff's pending motion for default judgment.

4. At the evidentiary hearing, Plaintiff would like the opportunity to testify and present testimony from certain fact and expert witnesses in support of his motion.  With the exception of Plaintiff, all of these fact and expert witnesses are located abroad.  Although Plaintiff's counsel has inquired about their availability, Plaintiff and these

witnesses either have limited availability to prepare or are not available to testify on July 28, 2025.  Plaintiff's counsel therefore requires additional time to arrange the availability and ensure the ability of Plaintiff and the witnesses to testify, either virtually or in person, at the evidentiary hearing.

5.  Accordingly, Plaintiff respectfully requests that the Court reschedule the hearing to a date after July 28, 2025.  Plaintiff's counsel is still confirming the availability of the witnesses and will provide the Court with three alternative dates for the evidentiary hearing, in accordance with the Court's Standing Order, as soon as practicable.

6.  Plaintiff also respectfully requests that the case management hearing remain calendared for July 21, 2025 at 4:00 pm, to review Plaintiff's proposed plan for the evidentiary hearing.

7.  Plaintiff has not previously requested any extensions of time or continuances and does not believe that the continuance will have any effect on any set deadlines.

WHEREFORE Plaintiff respectfully requests that the Court grant this Motion and reschedule the July 28, 2025 motions hearing as provided above.  A proposed order is submitted herewith.

Dated: July 15, 2024                              Respectfully submitted,

/s/  *Daniel McLaughlin*                          /s/  *David Y. Livshiz*
Daniel McLaughlin (D.D.C. Bar No. 7590654)    David Y. Livshiz (D.D.C. Bar No. NY0269)
dmclaughlin@cja.org                           david.livshiz@freshfields.com
Carmen K. Cheung (admitted *pro hac vice*)    Lee P. Rovinescu (admitted *pro hac vice*)
ccheung@cja.org                               lee.rovinescu@freshfields.com
Ahmad Soliman (admitted *pro hac vice*)       Ruth Montiel (admitted *pro hac vice*)
asoliman@cja.org                              ruth.montiel@freshfields.com
CENTER FOR JUSTICE & ACCOUNTABILITY           Anika Havaldar (D.D.C. Bar No. D00568)
268 Bush Street, #3432                        anika.havaldar@freshfields.com
San Francisco, CA 94104                       Kyle T. Ishman (admitted *pro hac vice*)

Telephone: (415) 544-0444                    kyle.ishman@freshfields.com
                                             Elischke de Villiers (admitted *pro hac vice*)
                                             elischke.devilliers@freshfields.com
                                             Grace W. Brody (admitted *pro hac vice*)
                                             grace.brody@freshfields.com
                                             Elizabeth R. Lewis (admitted *pro hac vice*)
                                             liz.lewis@freshfields.com
                                             Young G. Park (admitted *pro hac vice*)
                                             young.park@freshfields.com
                                             FRESHFIELDS US LLP
                                             3 World Trade Center, 175 Greenwich Street,
                                             51st Floor, New York, NY 10007
                                             Telephone: (212) 277-4000


                                             *Attorneys for Plaintiff*